IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40315
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLOS MENDOZA, a/k/a Jose Celedon-Gamez,
and JOSE LUIS LOPEZ-VILLARREAL,

Defendants-Appellants.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC Nos. L-94-CR-204-2 and L-94-CR-204-3
- - - - - - - - - -

February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Based upon a careful review of the record, we hold that the district court did not commit clear error in refusing to reduce the offense levels of Carlos Mendoza and Jose Luis Lopez-Villarreal under the sentencing guidelines because of their role in the offense. See United States v. Buenrostro, 868 F.2d 135, 137-38 (5th Cir. 1989), cert denied, 495 U.S. 923 (1990).

AFFIRMED.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.